# 814    CASES REPORTED WITH BRIEF SYLLABI.

ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Compulsory Accounting of MARK A. HANNA and Others, as Executors, etc., of DANIEL R. HANNA, Deceased. In the Matter of the Claim of JANE AVIS EVANS, a Creditor, etc. (Appeal No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Petition of GRACE E. HORNBY, Appellant, for the Removal of JOHN C. WAIT, as Executor and Trustee, etc., of KATHARINE J. CUSACK WAINWRIGHT, Deceased, Respondent.— Order of the Surrogate's Court of Kings county affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

HANNAH M. KIRBY, Appellant, v. ESTHER NEWMAN, Respondent.— The decision handed down herein on February 7, 1924 [See ante, p. 791], is corrected so as to read as follows: Order setting aside verdict and dismissing complaint affirmed, with costs. No opinion. Kelly, P. J., Manning and Kapper, JJ., concur; Jaycox and Young, JJ., dissent upon the ground that the question of defendant's negligence was a question of fact for the jury, and its finding thereon should not be disturbed.

THOMAS KIRBY, Appellant, v. ESTHER NEWMAN, Respondent.— The decision handed down herein on February 7, 1924 [See ante, p. 791], is corrected so as to read as follows: Order setting aside verdict and dismissing complaint affirmed, with costs. No opinion. Kelly, P. J., Manning and Kapper, JJ., concur; Jaycox and Young, JJ., dissent upon the ground that the question of defendant's negligence was a question of fact for the jury, and its finding thereon should not be disturbed.

MICHAEL LAITMAN and Another, Copartners, etc., Respondents, v. MAX WEINER, Individually and as Organizer of the Suit Case, Bag and Portfolio Makers' Union, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

HARRY G. LIESE, Appellant, v. BANY LEVY, Respondent.— Determination of the Appellate Term, affirming a judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PAUL MEAD, Appellant, v. CONSOLIDATED METAL SPINNING & STAMPING CO., INC., Respondent.— Order denying motion to open default affirmed, with ten dollars costs and disbursements. While the courts are disposed to open defaults on terms, the plaintiff in this case appears to have been guilty of such gross laches and inexcusable disregard of the order directing service of the bill of particulars, that we see no reason for interfering with the discretion of the justice at Special Term who denied the motion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MURRAY B. PARKS, Appellant, v. VAN NESS BROS., INC., Respondent.— Order of the County Court of Westchester county, setting aside verdict and granting new trial, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BRODHEIM,